

# NUMBER 13-16-00495-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE NAME OF DANA KAY ABNEY

On Petition for Writ of Mandamus.

## ORDER

### Before Justices Garza, Perkes, and Longoria
### Per Curiam Order

Relator, Dana Kay Abney, filed a petition for writ of mandamus in the above cause on September 20, 2016.  Through this original proceeding, relator seeks to direct the trial court to make findings in her favor regarding when she received actual notice or knowledge of the underlying judgment pursuant to Texas Rule of Civil Procedure 306a.  *See* TEX. R. CIV. P. 306a.  This petition for writ of mandamus joins an appeal currently pending in our Court in appellate cause number 13-16-00412-CV.

The trial court's order at issue in this original proceeding and related to the pending appeal contains conflicting statements and is not dated.  Further, the order fails to comply

with Texas Rule of Appellate Procedure 4.2(c). *See* Tex. R. App. P. 4.2(c) (requiring the trial court to sign a written order that "finds the date when the party or the party's attorney first either received notice or acquired actual knowledge that the judgment or order was signed").

Under these circumstances, we ABATE and REMAND this original proceeding to the trial court. Upon remand, the trial court shall hold a hearing and take whatever steps are necessary to issue an order complying with the appellate rules and clarifying its intent. The trial court is directed to forward the record of the proceedings, including its amended order and findings, to this Court within thirty (30) days of the date of this order, or to notify this Court within such period indicating a date by which the trial court can comply. This original proceeding will then be reinstated on further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
23rd day of September, 2016.